UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
DOUGLAS TUCKER,                                                :
                                                               :    **ORDER CLOSING CASE**
                                          Plaintiff,           :
           -against-                                           :    18 Civ. 10531 (AKH)
                                                               :
CITY OF NEW YORK, et al.,                                      :
                                                               :
                                                               :
                                          Defendants.          :
                                                               :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 23, 2019, I granted leave for Plaintiff's counsel to withdraw and granted Plaintiff's request to stay the case for 60 days to provide Plaintiff an opportunity to retain new counsel.

        It has now been more than three years and Plaintiff has neither retained new counsel nor filed any item on the docket in furtherance of his case. Accordingly, this case is dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Merker v. Rice*, 649 F.2d 171, 173 (2d Cir.1981). I have considered the factors set forth in *Shannon v. GE Co.*, 186 F.3d 186, 193 (2d Cir.1999) and find that dismissal is warranted. The Clerk shall mark the case closed.

    SO ORDERED.

Dated:    June 9, 2022                             /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                          United States District Judge